Ray L. Weber

**EXHIBIT 6**

From: David C. Nelson <dcnelson@coolaire.com>
Sent: Wednesday, March 11, 2015 6:54 PM
To: howard@controlba.com
Cc: Chase E. Nelson; Nelson; Evan D Nelson
Subject: Phone conversation today

Hi Howard,

It was nice talking to you today. I certainly appreciate your response to our concern about the many similarities in your new logo that reflect many of our logo features going back to the mid-1980's.

Your professional and gentlemanly response is truly appreciated. I am glad I called you personally so we could fix this together as friendly competitors and leave others outside our companies out of it.

Once you are done traveling, come back to me to let me know how we can finalize mutually acceptable changes.

Thanks again.

Sincerely,

DAVID

Sent from DCN's iPhone
This information is LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION from Premium Balloon Accessories and is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.