Ray L. Weber

**EXHIBIT 7**

| | |
|---|---|
| From: | David C. Nelson <dcnelson@coolaire.com> |
| Sent: | Friday, April 24, 2015 8:02 PM |
| To: | hrmullin |
| Cc: | Chase E. Nelson; Dede J. Nelson |
| Subject: | Re: Phone conversation today |

Great. Thanks Howard. I'll wait to hear back when you have it all sorted. Much appreciated. Have a great weekend.
DAVID

Sent from DCN's iPhone

On Apr 24, 2015, at 1:51 PM, hrmullin <hrmullin@controlplastics.com> wrote:

> Working on it. Wanted to run everything past an attorney, so we don't have any issues on what is done-
> - Thanks
>
> Howard Mullin     HRMullin@controlplastics.com     HowardRMullin@gmail.com
> cell 650 222 0066    efax 650 6182549    skype hrmullin1    magic Jack 650 212 6746
> Control Plastics  377 OysterPoint Blvd, #10, South San Francisco, Ca., 94080  800 600 2010
> www.controlplastics.com     and www.pyramids.com.tw
>
> **From:** David C. Nelson [mailto:dcnelson@coolaire.com]
> **Sent:** Thursday, April 23, 2015 11:39 AM
> **To:** howard@controlba.com
> **Cc:** Chase E. Nelson (ChaseN@PremiumBalloon.com); Dede J. Nelson; Evan Nelson (ENelson@PremiumBalloon.com)
> **Subject:** RE: Phone conversation today
>
> Hi Howard,
>
> I hope this email finds you well. It is hard to believe that it has been a month and a half since we last spoke in early March. Just checking in to get an update on your ideas to help us resolve this new logo thing.
>
> At your convenience let me know.
>
> Thanks,
>
> DAVID
>
> David C. Nelson
> President and CEO
> Premium Balloon Accessories
> Office +1.330.239.4547
> USA Toll Free 1.800.239.4547
> GSM Mobile +1.330.388.8862
> Private Fax +1.330.239.4488
> E-Mail dcnelson@coolaire.com

1

&lt;image001.jpg&gt;

**EXHIBIT 7**

-----Original Message-----
From: David C. Nelson
Sent: Wednesday, March 11, 2015 6:54 PM
To: howard@controlba.com
Cc: Chase E. Nelson (ChaseN@PremiumBalloon.com); Dede J. Nelson; Evan Nelson (ENelson@PremiumBalloon.com)
Subject: Phone conversation today

Hi Howard,

It was nice talking to you today. I certainly appreciate your response to our concern about the many similarities in your new logo that reflect many of our logo features going back to the mid-1980's.

Your professional and gentlemanly response is truly appreciated. I am glad I called you personally so we could fix this together as friendly competitors and leave others outside our companies out of it.

Once you are done traveling, come back to me to let me know how we can finalize mutually acceptable changes.

Thanks again.

Sincerely,

DAVID

Sent from DCN's iPhone

This information is LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION from Premium Balloon Accessories and is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

This information is LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION from Premium Balloon Accessories and is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.