Ray L. Weber **EXHIBIT 8**

**From:** David C. Nelson <dcnelson@coolaire.com>
**Sent:** Monday, August 03, 2015 4:28 PM
**To:** hrmullin
**Cc:** Chase E. Nelson (ChaseN@PremiumBalloon.com); Dede J. Nelson
**Subject:** RE: Phone conversation today

Hi Howard,

I hope this email finds you well and that you are enjoying the summer. I just wanted to follow-up to see where you were at on the logo issues we discussed this past April. Please let me know how we can resolved this due to our concern about so many similarities.

Thanks Howard,

DAVID

David C. Nelson
President and CEO
Premium Balloon Accessories
USA Toll Free 1.800.239.4547
GSM Mobile +1.330.388.8862
E-Mail dcnelson@coolaire.com



**From:** David C. Nelson
**Sent:** Friday, April 24, 2015 8:02 PM
**To:** hrmullin
**Cc:** Chase E. Nelson (ChaseN@PremiumBalloon.com); Dede J. Nelson
**Subject:** Re: Phone conversation today

Great. Thanks Howard. I'll wait to hear back when you have it all sorted. Much appreciated. Have a great weekend.
DAVID

Sent from DCN's iPhone

On Apr 24, 2015, at 1:51 PM, hrmullin <hrmullin@controlplastics.com> wrote:

> Working on it. Wanted to run everything past an attorney, so we don't have any issues on what is done- - Thanks
>
> Howard Mullin        HRMullin@controlplastics.com    HowardRMullin@gmail.com
> cell 650 222 0066    efax 650 6182549    skype hrmullin1    magic Jack 650 212 6746
> Control Plastics  377 OysterPoint Blvd, #10, South San Francisco, Ca., 94080   800 600 2010

1