Ray L. Weber                                                                                           **EXHIBIT 13**

From:     David C. Nelson <dcnelson@coolaire.com>
Sent:     Monday, February 22, 2016 1:51 PM
To:       hrmullin
Subject:  RE: Phone conversation today

I don't think there will be any confusion. I just wanted to say hi and ask you a couple of questions. Shouldn't take more than 10-minutes. LMK, DAVID

David C. Nelson
President and CEO
Premium Balloon Accessories
USA Toll Free 1.800.239.4547
GSM Mobile +1.330.388.8862
E-Mail dcnelson@coolaire.com



**From:** hrmullin [mailto:hrmullin@controlplastics.com]
**Sent:** Monday, February 22, 2016 1:24 PM
**To:** David C. Nelson
**Subject:** RE: Phone conversation today

Because we have been communicating with attorneys, it is best if we just email, so there is no confusion..

Howard Mullin            HRMullin@controlplastics.com     HowardRMullin@gmail.com
cell 650 222 0066   efax 650 6182549    skype hrmullin1    magic Jack 650 212 6746
Control Plastics  377 OysterPoint Blvd, #10, South San Francisco, Ca., 94080   800 600 2010
www.controlplastics.com     and www.pyramids.com.tw
            Click here to upload files to me

**From:** David C. Nelson [mailto:dcnelson@coolaire.com]
**Sent:** Monday, February 22, 2016 9:41 AM
**To:** hrmullin
**Cc:** Dede J. Nelson; Chase E. Nelson (ChaseN@PremiumBalloon.com); Ray L. Weber
**Subject:** RE: Phone conversation today

Hi Howard,

I hope this email finds you well. I wanted to give you a call today, but wasn't sure where was the best place to reach you. Please let me know and also what time is best for you and I will give you a call.

Thanks,

1

Ray L. Weber

**EXHIBIT 13**

| | |
|---|---|
| From: | David C. Nelson <dcnelson@coolaire.com> |
| Sent: | Tuesday, February 23, 2016 4:05 PM |
| To: | hrmullin |
| Subject: | Efforts to resolve |
| Importance: | High |

Howard,

You and I have known each other now for a long time, and we should certainly be able to talk together to resolve issues between us, as you suggested when we met a little over a year ago in New Orleans, when we discussed this logo issue. You told me then you would need some time to figure out a way to come up with something that did not have so many similarities.

All I was counting on was that changes would be made to make your logo less similar, or more dissimilar to my Premium Balloon Accessories® logo, which was granted a Federal Registration last year covering every aspect of it. Howard, I spend a lot of money to establish my brands and all I hope is that you will willingly accept that and not do similar things as has been done with your logo change.

Can't we come to a gentleman's agreement to resolve this without us spending thousands and thousands of dollars and probably a lot more? You have always been a good guy, and we both know that nobody gets all the business, so why don't we just go forward and give each other the respect I feel we/you/me/us deserve?

I prefer to resolve this together than make attorney's rich and hope you agree to the same approach. I hope I am not forced to resolve this to protect my Federal Trademark rights through the legal system.

Please sleep on this and let's talk tomorrow. I will be available all day untill 3:00PM E.S.T.

Thanks in advance,

DAVID

David C. Nelson
President and CEO
Premium Balloon Accessories
USA Toll Free 1.800.239.4547
GSM Mobile +1.330.388.8862
E-Mail dcnelson@coolaire.com

1