Ray L. Weber                  **EXHIBIT 15**

| | |
|---|---|
| From: | Ray L. Weber |
| Sent: | Monday, August 08, 2016 1:57 PM |
| To: | Thomas E. Moore III (tmoore@rroyselaw.com) |
| Cc: | Laura J. Gentilcore |
| Subject: | FW: Activity in Case 1:16-cv-01100-DCN Premium Balloon Accessories, Inc. v. Control Plastics, Inc. Case Management Conference Scheduling Order |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | Thomas E. Moore III (tmoore@rroyselaw.com) | |
| | Laura J. Gentilcore | Delivered: 8/8/2016 1:57 PM |

Dear Mr. Moore:

Under the presumption that you are representing Control Plastics, Inc. in the above-identified litigation, and in accordance with the Court's directive to "...verify that a copy of this Order has been received by counsel for the defendant(s)..." I provide you with the Notice of Electronic Filing of the Court's Case Management Conference Scheduling Order, ECF Doc. #6.

If you would be so kind, please confirm your receipt of this communication.

Sincerely,

*Ray L. Weber*

Ray L. Weber, Attorney at Law
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER CO., L.P.A.
106 South Main Street, Suite 400
Akron, OH 44308-1412
Email: rlweber@rennerkenner.com
Main: (330) 376-1242 ext. 4362
Direct: (330) 761-6662
Fax: (330) 376-9646

ATTENTION: PROTECTED BY ATTORNEY-CLIENT PRIVILEGE AND/OR ATTORNEY WORK PRODUCT. This document may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or a person responsible for delivering the message to the intended recipient, you are advised that any unauthorized disclosure, copying, distribution or taking action in reliance on the contents of this document is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 330-376-1242 and destroy the original message. Thank you.

**From:** ohndecf@ohnd.uscourts.gov [mailto:ohndecf@ohnd.uscourts.gov]
**Sent:** Thursday, August 04, 2016 11:26 AM
**To:** OHNDdb_NEF@ohnd.uscourts.gov
**Subject:** Activity in Case 1:16-cv-01100-DCN Premium Balloon Accessories, Inc. v. Control Plastics, Inc. Case Management Conference Scheduling Order

**EXHIBIT 15**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 8/4/2016 at 11:25 AM EDT and filed on 8/3/2016
**Case Name:** Premium Balloon Accessories, Inc. v. Control Plastics, Inc.
**Case Number:** 1:16-cv-01100-DCN
**Filer:**
**Document Number:** 6

**Docket Text:**
Case Management Conference Scheduling Order with case management conference to be held on 9/20/2016 at 08:45 AM at Courtroom 15A before Judge Donald C. Nugent. A Report of Parties' Planning Meeting shall be filed with the Court at least three (3) working days before the CMC. Judge Donald C. Nugent on 8/3/16. (G,CA)

1:16-cv-01100-DCN Notice has been electronically mailed to:

Laura J. Gentilcore    ljgentilcore@rennerkenner.com

Ray L. Weber    rlweber@rennerkenner.com

1:16-cv-01100-DCN Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=8/4/2016] [FileNumber=7315747-0] [ 0b438e986cb01f2a64431fd06573119b89345d3c100420a7f4417f59e5478d045def8e a83a74b10ee68581d3ce37c6377ff88266a00aa652ef3c84291de3ad1f]]