AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of Ohio, Eastern Division on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:16-cv-1100 | DATE FILED<br>5/9/2016 | U.S. DISTRICT COURT<br>for the Northern District of Ohio, Eastern Division |
|---|---|---|
| PLAINTIFF<br>Premium Balloon Accessories, Inc. | | DEFENDANT<br>Control Plastics, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,078,746 | 7/15/1997 | Premium Balloon Accessories, Inc. |
| 2 | 4,052,321 | 11/8/2011 | Premium Balloon Accessories, Inc. |
| 3 | 4,869,688 | 12/15/2015 | Premium Balloon Accessories, Inc. |
| 4 | 4,869,689 | 12/15/2015 | Premium Balloon Accessories, Inc. |
| 5 | 4,869,690 | 12/15/2015 | Premium Balloon Accessories, Inc. |
| 6 | 4,876,959 | 12/29/2015 | Premium Balloon Accessories, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order of Case Dismissal with prejudice. Signed by Judge Donald C. Nugent on 1/19/2017. |

| CLERK<br>Geri M. Smith | (BY) DEPUTY CLERK<br>Carlene Kinsey | DATE<br>03/09/2017 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Premium Balloon Accessories, Inc., as receiver for Am Trust Bank, | ) ) ) | Case No. 1:16 CV 1100 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| vs. | ) ) | ORDER OF DISMISSAL |
| Control Plastics, Inc., | ) ) ) | |
| Defendant. | ) | |

The Parties have notified the Court that the above captioned case is settled and should be dismissed. Parties may, in their discretion, file additional documentation evidencing the settlement by March 1, 2017.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: January 19, 2017